

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 DEC -2 PM 4:24

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 04-014 |
| JAMES CAIN | * | SECTION: "B" |

### NOTICE OF APPEAL TO THE
### FIFTH CIRCUIT COURT OF APPEALS
### FROM THE JUDGMENT OF THE DISTRICT COURT

Notice is hereby given that JAMES CAIN, defendant herein, hereby appeals to the United States Court of Appeals from the judgment and order by the United States District Court, Honorable Ivan L.R. Lemelle, United States District Judge. The United States District Court rendered its judgment on December 1, 2004.

According to Rule 4(b) of the Rules of Appellate Procedure, notice of appeal in a criminal case is to be timely filed with the Clerk of the District Court within ten days "after the entry of the judgment or order appealed from."

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

**WHEREFORE,** this Notice of Appeal is timely filed and hereby notices the court of Mr. Cain's desire to appeal said judgment to the Fifth Circuit Court of Appeals.

Respectfully submitted this 2d day of December, 2004.

> VIRGINIA LAUGHLIN SCHLUETER
> Federal Public Defender
>
> _____
> ROBERT F. BARNARD
> Assistant Federal Public Defender
> Hale Boggs Federal Building
> 500 Poydras Street, Room 318
> New Orleans, Louisiana 70130
> Telephone: (504) 589-7930
> Bar Roll Number - 2760

# CERTIFICATE

I hereby certify that a copy of the foregoing Notice of Appeal has been served on Brian Marcelle, Assistant United States Attorney, 501 Magazine Street, New Orleans, Louisiana 70130 by hand-delivering same, this _2d_ day of December, 2004.

ROBERT F. BARNARD
Assistant Federal Public Defender