## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 04-014** |
| **JAMES CAIN** | **SECTION "B"** |

### ORDER

Considering the "Unopposed Motion and Incorporated Memorandum to Enroll as Counsel of Record" (Rec. Doc. 87),

**IT IS ORDERED** that the motion is **GRANTED**. The Federal Public Defender is hereby appointed to represent the above-listed defendant in his pursuit of relief under 28 U.S.C. § 2255 from his conviction and sentence, in light of the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015). This appointment extends to representation of the defendant at any evidentiary hearing or resentencing if either or both are ordered based on a claim under *Johnson*.

**IT IS FURTHER ORDERED** that Assistant Federal Public Defender **Christen L. Chapman** is hereby enrolled as counsel of record.

**IT IS FURTHER ORDERED** that the appointment herein does not extend to any other non-*Johnson* claims raised by the above-listed defendant. Accordingly, the Clerk is directed to continue to accept pro se filings by the above-listed defendant in this matter, which

1

the Court will consider insofar as they pertain to any other claims.

New Orleans, Louisiana, this 28th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE