# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 04-014** |
| **JAMES CAIN** | **SECTION "B"** |

## ORDER

Considering the "Unopposed Motion to Hold Motion to Correct Sentence under 28 U.S.C. § 2255 Pursuant to *Johnson* in Abeyance Pending the Supreme Court's Decisions in *Beckles v. United States*" (Rec. Doc. 92),

**IT IS ORDERED** that the motion is **GRANTED**. The Defendant's Motion to Correct Sentence (Rec. Doc. 89) and the associated Motion for Joint Proposed Briefing Schedule (Rec. Doc. 88) are hereby **HELD IN ABEYANCE** pending the Supreme Court's decision in *Beckles v. United States*.

New Orleans, Louisiana, this 3rd day of August, 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1